22-cv-8847 (PKC) (ex rel. 19-cr-0521) 2025-05-13

Peter Bright vs United States

Judge Castel,

Please take notice that I, Peter Bright, appeals from the final judgement entered by the District Court on 2025-05-09 that denied me a writ of habeas corpus.

This appeal is made to the United States Court of Appeals for the Second Circuit.

Further to this, I would like to inform the Court of an upcoming change of circumstances. Since sentencing I have been housed at FCC Petersburg, in VA. As the Court is aware, I have suffered and continue to suffer lifelong mental health issues, including depression and chronic suicidality. I am well cared for at Petersburg; I have a conscientious and caring case manager and unit counselor, and weekly sesions with a pair of excellent psychologists. However, I have recently been informed that I am likely to be put in for transfer soon, over my objections, to move me from a medium security facility to a low security facility.

As well as the normal difficulties that transfers cause with on-going legal cases--the extended period in which inmates are left effectively incommunicado, without access to their legal paperwork--a transfer will also cause me to lose access to the support network I have at Petersburg. This will inevitably be destabilizing.

I recognize that it is my duty to keep the Court aware of any changes of address as and when they occur, and I will endeavour to do so. Nonetheless, I hope that the Court will consider these circumstances when setting deadlines, and be understanding should it be necessary to seek extensions to those deadlines.

Sincerely,

Peter Bright

RECEIVED
MAY 28 2025
PRO SE OFFICE

Peter Bright 76309-054
FCC Petersburg
PO Box 1000
Petersburg, VA 23804

RICHMOND VA 230
23 MAY 2025 PM

RECEIVED
MAY 28 2025
PRO SE OFFICE

⇔76309-054⇔
Pro Se Intake Unit
500 Pearl ST
Room 200
NEW YORK, NY 10007
United States

LEGAL MAIL

10007-131699

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 0959 7830 06

The enclosed ... processed through special mailing procedures ... the letter has neither been opened nor inspected. If the writer raises ... over which this facility has jurisdiction you may wish to return the ... information or clarification. If the writer encloses correspondence ... another addressee please return the enclosure to the abo...

RECEIVED
MAY 22 2025

RICHMOND VA RPDC 230
23 MAY 2025 PM 3